UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:18-CR-68-DBH |
| | ) | |
| SCOTT ESTES, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON MOTIONS IN LIMINE

The defendant has not responded to the government's Motion in Limine to Exclude References To or Testimony Regarding Penalty (ECF No. 87) and Motion in Limine to Use Prior Convictions for Impeachment Purposes (ECF No. 89). Therefore, I consider the motions unopposed and they are **GRANTED**.

**SO ORDERED.**

**DATED THIS 14TH DAY OF MAY, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**